FILED

2007 Jun-11  PM 02:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RICKEY DORSEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 07-BE-689-S |
| | ) | |
| D. B. DREW, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed his amended findings and recommendation on May 16, 2007, recommending that the petition for writ of habeas corpus be denied.  On May 31, 2007 petitioner filed objections to the findings and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the amended findings and recommendation and the objections filed by the petitioner, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the petition for writ of habeas corpus is due to be DENIED.  A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 11th day of June, 2007.

KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE